# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

|  |  |
|---|---|
| **GEORGE FONTENOT**<br>    Plaintiff,<br><br>v.<br><br>**WELTMAN, WEINBERG & REIS, CO., LPA**<br>    Defendant, | Civil Action No. 1:13-cv-00454-MAC |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff George Fontenot and Weltman, Weinberg & Reis Co., LPA hereby stipulate to a voluntary dismissal of this action between them with prejudice and each of them to bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED:

| GEORGE FONTENOT | WELTMAN, WEINBERG & REIS CO., LPA, |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Kevin V. K. Crick | /s/ Robbie LuAnn Malone |
| Kevin Crick, Esq. | Robbie LuAnn Malone, Esq. |
| BBO # 680950 | Beene & Malone, PLLC |
| Consumer Rights Law Firm, PLLC | 8750 N. Central, Suite 1850 |
| 231 Sutton St., Suite 1A | Dallas, Texas 75231 |
| North Andover, Massachusetts, 01845 | Phone: (214) 346-2625 |
| Phone: (978) 420-4747 | Fax: (214) 346-2631 |
| Fax: (978) 409-1846 | Email: rmalone@rmalonelaw.com |
| Email: kevinc@consumerlawfirmcenter.com | |

Dated: October 23, 2013

**PROOF OF SERVICE**

  We hereby certify that on October 23, 2013, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

                /s/ Kevin V. K. Crick, Esq.

                /s/ Robbie LuAnn Malone, Esq.