| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GEORGE FONTENOT, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:13-CV-454
§
WELTMAN, WEINBERG & REIS CO., §
LPA, §
§
       Defendant. §

## ORDER

The parties' Joint Motion to Dismiss (#6) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 24th day of October, 2013.

                                               */s/ Marcia A. Crone*
                                             MARCIA A. CRONE
                                             UNITED STATES DISTRICT JUDGE